IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-513-FDW-DCK

| | |
|---|---|
| HAIDAR HAMOUD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MAACO FRANCHISING, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by David L. Tkach, concerning Dennis Dean Leone on October 27, 2015. Mr. Dennis Dean Leone seeks to appear as counsel *pro hac vice* for Defendant Maaco Franchising, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Dennis Dean Leone is hereby admitted *pro hac vice* to represent Defendant Maaco Franchising, LLC.

**SO ORDERED**.

Signed: October 27, 2015

David C. Keesler
United States Magistrate Judge