IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-513-FDW-DCK

| HAIDAR H. HAMOUD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MAACO FRANCHISING, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER BEFORE THE COURT** on the "Joint Motion To Modify The Alternative Dispute Resolution Deadline" (Document No. 17) filed June 2, 2016. This matter has been referred to the undersigned Magistrate Judge pursuant to 28U.S.C §636(b) and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Modify The Alternative Dispute Resolution Deadline" (Document No. 17) is **GRANTED with modification**. The parties shall file their mediation report on or before **June 29, 2016**.

**SO ORDERED**.

Signed: June 3, 2016

David C. Keesler
United States Magistrate Judge