# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:15-cv-00513-FDW-DCK

| | |
|---|---|
| Haidar Hamoud, )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>vs. )<br>)<br>Maaco Franchising, LLC, )<br>)<br>Defendant/Counter-Claimant. )<br>) | **ORDER** |

THIS MATTER is before the Court upon Defendant/Counter-Claimant Maaco Franchising, LLC's Motion to Compel. (Doc. No. 28). On Wednesday, August 3, 2016, the Court conducted a telephonic conference to address the issues presented in the pending Motion to Compel. For the reasons given during the telephonic conference, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Compel (Doc. No. 28) is DENIED AS MOOT.

2. The deadline for completion of discovery in this case, as set forth in the Case Management Order (Doc No. 11), shall be extended to **Friday, October 7, 2016.**

3. The matter shall be tried before a jury during the mixed trial term scheduled for November 7-25, 2016.

**IT IS SO ORDERED.**

Signed: August 3, 2016

Frank D. Whitney
Chief United States District Judge

1